UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                    :

                                    :      **ORDER**

                                    :

IN RE: WORLD TRADE CENTER DISASTER    :      21-mc-100 (AKH)
SITE LITIGATION.                            :

------------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Counsel in the above captioned matter has advised the Court that the following

cases have been resolved by settlement:

        1:05-cv-01251-AKH, 1:05-cv-02716-AKH, 1:05-cv-07823-AKH,

1:06-cv-12710-AKH, 1:06-cv-14158-AKH, 1:07-cv-10025-AKH, 1:08-cv-04617-AKH,

1:10-cv-02309-AKH.

        Each of the above-listed cases is dismissed and the clerk shall mark each case

closed.

        SO ORDERED.

Dated:        October 22, 2021
                New York, New York                   ALVIN K. HELLERSTEIN
                                            United States District Judge